IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 0:24-CV-60322

PREPARED FOOD PHOTOS, INC.,
f/k/a ADLIFE MARKETING &
COMMUNICATIONS CO., INC.,

    Plaintiff,

v.

AMERIFLAX,

    Defendant.

## JOINT NOTICE OF SETTLEMENT

Plaintiff Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc. ("Plaintiff") and defendant Ameriflax ("Defendant") hereby give notice that the parties have executed a written settlement agreement that fully resolves this lawsuit. The parties anticipate filing a stipulation of dismissal with prejudice within the next 30 days.

Dated: April 15, 2024.

| | |
|---|---|
| **COPYCAT LEGAL PLLC**<br>3111 N. University Drive<br>Suite 301<br>Coral Springs, FL 33065<br>Telephone: (877) 437-6228<br>dan@copycatlegal.com<br><br>*Attorneys for Plaintiff*<br><br>By: /s/ Daniel DeSouza_____<br>    Daniel DeSouza, Esq. | **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**<br>2063 Main Street<br>Suite 100<br>Sarasota, FL 34237<br>Telephone: (941) 866-8561<br>Jura.zibas@wilsonelser.com<br>Cheryl.Kujawski@wilsonelser.com<br><br>*Attorneys for Defendant*<br><br>By: /s/ Jura C. Zibas_____<br>    Jura C. Zibas, Esq. |

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Daniel DeSouza          _
Daniel DeSouza, Esq.